**FEDERAL COURT - CIVIL ACTION**

| Prisoner-Plaintiff/Petitioner/Appellant name and number | | Defendant's/Respondent's/Appelee's name |
|---|---|---|
| Jorden Powell #836559 | V | T. Page |

**FILED - GR**
March 8, 2022 11:34 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW   SCANNED BY: KB / 8/8

1:22-cv-201
**Phillip J. Green**
**U.S. Magistrate Judge**

### CERTIFICATE OF PRISONER INSTITUTIONAL/TRUST FUND ACCOUNT ACTIVITY

I am employed by the Michigan Department of Corrections at the facility identified below, at which the prisoner identified as the Plaintiff/Petitioner/Appellant is currently incarcerated.

Attached is a computer printout which accurately reflects the current spendable balance and all activity within this prisoner's account during the preceding six months or, if the prisoner has been incarcerated for less than six months, for the period of incarceration.  "Credit" represents a withdrawal from the account and "Debit" represents a deposit to the account.

This Certificate of Prisoner Account Activity reflects, for the reported period, an average monthly deposit (i.e., total deposits divided by number of months)     $65.62 , an average monthly balance (i.e., total deposits less total withdrawals divided by number of months) of     ($0.33) .

There is a current spendable account balance of     $0.00 .

Date:   03/02/22   _____    Boisvert   Alkcct Tech
                    Signature/Title

E.C. BROOKS CORRECTIONAL FACILITY

Daily Transaction Summary: September 02, 2021 - March 02, 2022  Page 1

### Offender Information

| | | | |
|---|---|---|---|
| Offender Number: 0836559 | Institution: LRF | Living Unit: B Unit | Primary Balance: $0.00 |
| Offender Name: Powell, Jorden Anthony | Housing Facility: LRF | Cell: 061 | Available Balance: $0.00 |
| Account Status: Open | Tier: C | Bed: Bot | |

### Primary Trust Transactions

| Date | Transaction Type | Payer / Paid To | Voucher Number | Deposit | Expense | Balance | Loc Code |
|---|---|---|---|---|---|---|---|
| 09/02/2021 | | | | | | $3.95 | |
| 09/15/2021 11:30:09 AM | LRF-Food Service | 300 - Food Service | | $17.04 | | $20.99 | LRF |
| 09/15/2021 11:30:09 AM | LRF-Food Service | 300 - Food Service | | $34.64 | | $55.63 | LRF |
| 09/17/2021 07:40:11 PM | Kiosk Request | JPay Inc. | | | ($10.00) | $45.63 | COF |
| 09/20/2021 07:40:08 PM | Kiosk Request | JPay Inc. | | | ($10.00) | $35.63 | COF |
| 09/25/2021 05:10:10 AM | GTL | VIRGINIA POWELL | | $100.00 | | $135.63 | COF |
| 09/29/2021 01:30:53 AM | Commissary Sale | Keefe Commissary | C104091967 | | ($98.48) | $37.15 | LRF |
| 10/03/2021 07:40:12 PM | Kiosk Request | JPay Inc. | | | ($20.00) | $17.15 | COF |
| 10/04/2021 07:40:09 PM | Kiosk Request | JPay Inc. | | | ($3.00) | $14.15 | COF |
| 10/05/2021 01:31:22 AM | Commissary Sale | Keefe Commissary | C104091967 | | $6.06 | $20.21 | LRF |
| 10/07/2021 07:40:09 PM | Kiosk Request | JPay Inc. | | | ($1.00) | $19.21 | COF |
| 10/11/2021 07:40:07 PM | Kiosk Request | JPay Inc. | | | ($5.70) | $13.51 | COF |
| 10/13/2021 01:31:32 AM | Commissary Sale | Keefe Commissary | C104113695 | | ($12.82) | $0.69 | LRF |
| 10/14/2021 01:22:56 PM | LRF-Food Service | 300 - Food Service | | $46.43 | | $47.12 | LRF |
| 10/14/2021 01:22:56 PM | LRF-Food Service | 300 - Food Service | | $37.20 | | $84.32 | LRF |
| 10/24/2021 07:40:09 PM | Kiosk Request | JPay Inc. | | | ($20.00) | $64.32 | COF |
| 10/27/2021 01:31:23 AM | Commissary Sale | Keefe Commissary | C104137642 | | ($63.57) | $0.75 | LRF |
| 11/15/2021 09:31:38 AM | LRF-Food Service | 300 - Food Service | | $50.10 | | $50.85 | LRF |
| 11/15/2021 09:31:38 AM | LRF-Food Service | 300 - Food Service | | $41.04 | | $91.89 | LRF |
| 11/17/2021 07:40:10 PM | Kiosk Request | JPay Inc. | | | ($30.00) | $61.89 | COF |
| 11/23/2021 01:32:08 AM | Commissary Sale | Keefe Commissary | C104183535 | | ($15.12) | $46.77 | LRF |
| 11/27/2021 07:40:10 PM | Kiosk Request | JPay Inc. | | | ($10.00) | $36.77 | COF |
| 12/01/2021 07:22:17 PM | Access Catalog Disbursement | Access Catalog | | | ($23.32) | $13.45 | LRF |
| 12/02/2021 07:40:10 PM | Kiosk Request | JPay Inc. | | | ($10.00) | $3.45 | COF |
| 12/05/2021 07:40:09 PM | Kiosk Request | JPay Inc. | | | ($3.45) | $0.00 | COF |
| 12/14/2021 01:40:51 PM | LRF-Food Service | 300 - Food Service | | $40.65 | | $40.65 | LRF |
| 12/22/2021 01:32:23 AM | Commissary Sale | Keefe Commissary | C104230566 | | ($39.99) | $0.66 | LRF |
| 12/31/2021 05:10:07 AM | GTL | VIRGINIA POWELL | | $250.00 | | $250.66 | COF |
| 01/04/2022 07:40:08 PM | Kiosk Request | JPay Inc. | | | ($20.00) | $230.66 | COF |
| 01/05/2022 01:31:08 AM | Commissary Sale | Keefe Commissary | C104250867 | | ($96.61) | $134.05 | LRF |
| 01/05/2022 07:40:08 PM | Kiosk Request | JPay Inc. | | | ($30.00) | $104.05 | COF |

**Primary Trust Transactions**

| Date | Transaction Type | Payer / Paid To | Voucher Number | Deposit | Expense | Balance | Loc Code |
|---|---|---|---|---|---|---|---|
| 01/11/2022 01:31:22 AM | Commissary Sale | Keefe Commissary | C104250867 | | $1.50 | $105.55 | LRF |
| 01/12/2022 07:40:07 PM | Kiosk Request | JPay Inc. | | | ($10.50) | $95.05 | COF |
| 01/14/2022 04:08:37 PM | LRF-Food Service | 300 - Food Service | | $63.46 | | $158.51 | LRF |
| 01/14/2022 04:08:37 PM | LRF-Food Service | 300 - Food Service | | $33.63 | | $192.14 | LRF |
| 01/19/2022 01:31:17 AM | Commissary Sale | Keefe Commissary | C104272265 | | ($105.59) | $86.55 | LRF |
| 01/19/2022 07:40:08 PM | Kiosk Request | JPay Inc. | | | ($20.00) | $66.55 | COF |
| 01/20/2022 09:07:48 AM | Miscellaneous Vendor Check | CHANNEL GUIDE MAGAZINE | | | ($65.00) | $1.55 | LRF |
| 01/21/2022 07:40:07 PM | Kiosk Request | JPay Inc. | | | ($1.55) | $0.00 | COF |
| 01/25/2022 01:31:15 AM | Commissary Sale | Keefe Commissary | C104272265 | | $9.57 | $9.57 | LRF |
| 02/02/2022 01:30:52 AM | Commissary Sale | Keefe Commissary | C104294279 | | ($8.09) | $1.48 | LRF |
| 02/07/2022 07:40:14 PM | Kiosk Request | JPay Inc. | | | ($1.48) | $0.00 | COF |
| 02/14/2022 11:11:20 AM | LRF-Food Service | 300 - Food Service | | $60.12 | | $60.12 | LRF |
| 02/14/2022 11:11:20 AM | LRF-Institutional Services | 500 - Institutional Services | | $13.16 | | $73.28 | LRF |
| 02/16/2022 01:31:10 AM | Commissary Sale | Keefe Commissary | C104317221 | | ($66.41) | $6.87 | LRF |
| 02/18/2022 07:40:08 PM | Kiosk Request | JPay Inc. | | | ($6.87) | $0.00 | COF |
| 03/02/2022 | | | | $787.47 | ($791.42) | $0.00 | |

**Savings**

| Date | Deposit | Expense | Balance | Loc Code |
|---|---|---|---|---|
| 09/02/2021 | | | $0.00 | |
| No Activity | | | | |
| 03/02/2022 | $0.00 | $0.00 | $0.00 | |

**Holds - Current as of Date and Time of Report**

| Date Held | Hold Type | Notes | Amount |
|---|---|---|---|
| No Activity | | | |

**Remaining Obligations - Current as of Date and Time of Report**

| Description | Paid To | Max Per Period | Ordered | Transfer | Outside Source | Held | Paid | Written Off | Total Remaining |
|---|---|---|---|---|---|---|---|---|---|
| No Remaining Obligations | | | | | | | | | |
| | | | | | | | | Total: | $0.00 |

Jorden A. Powell #836559
Earnest C. Brooks Correctional Facility
2500 S. Sheridan Dr.
Muskegon Heights, MI. 49444

Clerk
U.S. D
399 F
110 M
Grand



~~f Court
~~istrict Court
~~deral Bldg.
~~ichigan St., NW
~~ Rapids, MI. 49503