FILED - LN
June 5, 2023 11:17 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: EOD   SCANNED BY: 900 /6/5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Jorden Anthony Powell #836559,
  Plaintiff,

v.

T. Page, and,
Rayana S. Williams,
  Defendants,

Case No. 1:22-CV-00201
Hon. Hala Y. Jarbou
Mag. Philip J. Green

## MOTION FOR LEAVE OF COURT TO AMEND COMPLAINT

Jorden Anthony Powell, Plaintiff pursuant to the applicable Court Rules does hereby move this Court to grant this motion for the reasons that are as follows:

1. On (4/6/23), Docket No. 64, Plaintiff filed an, Amended Complaint.

2. This Complaint was filed to cure defects and relates back to the original matters in the first complaint, that must be corrected for jurisdictional purposes.

3. That this amendment will in no way prejudice the Defendant.

WHEREFORE, Jorden Anthony Powell, Plaintiff pray for this Court to grant this motion allowing her to file this Amended Complaint.

Respectfully Submitted,

x _____
Jorden A. Powell #836559
Brooks Correctional Facility
2500 S. Sheridan Drive
Muskegon, Michigan 49444

DATE: June 2, (2023)

1

## PROOF OF SERVICE

On (6/2/23), Jorden Powell, Plaintiff mailed by first class mail upon, Sara E. Trudgeon, MI Dept of Attorney General, MDOC Division, 525 W. Ottawa St., P.O. Box 30217, Lansing, Michigan 48909, a true copy of the, Motion for Leave of Court to Amend Complaint.

## VERIFICATION

Jorden Powell, pursuant to, 28 USC 1746, declare under the penalty of perjury that the before stated facts are true and correct.

Respectfully Submitted,

x _____
Jorden Powell #836559
Brooks Correctional Facility
2500 S. Sheridan Drive
Muskegon, Michigan
49444

DATE: June 2, 2023

Jorden Powell #821559
E.C. Brooks Corr. Fac.
2500 S. Sheridan Dr.
Muskegon Heights, MI. 49444

Office of the Clerk
United States District Court
113 Federal Building
315 W. Allegan St.
Lansing, MI. 48933

US POSTAGE PITNEY BOWES
ZIP 49444 $ 000.60
02 4W
0000386111 JUN 02 2023