UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JORDEN POWELL, #836559,

    Plaintiff,                                     Hon. Hala Y. Jarbou

v.                                                   Case No. 1:22-cv-201

T. PAGE, et. al.,

    Defendants.

_____/

**ORDER**

This matter is before the Court on Plaintiff's Motion for Leave to Amend Complaint. (ECF No. 70). Plaintiff seeks to amend her complaint but has failed to submit a proposed amended complaint. To properly evaluate Plaintiff's request, and to prevent later confusion on the part of the parties and the Court, Plaintiff must submit with any motion to amend a *complete* proposed amended complaint. Plaintiff's motion to amend her complaint is, therefore, denied.

    **IT IS SO ORDERED.**

Date: December 11, 2023                      /s/ Phillip J. Green
                                                   PHILLIP J. GREEN
                                                   United States Magistrate Judge