UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JORDEN ANTHONY POWELL,

    Plaintiff,

v.

T. PAGE, et al.,

    Defendants.
_____/

Case No. 1:22-cv-201

Hon. Hala Y. Jarbou

## ORDER

On December 12, 2023, Magistrate Judge Phillip J. Green issued a Report and Recommendation (R&R) recommending that Defendant Rayana Williams' Motion for Summary Judgment be granted and Plaintiff's Motion for Summary Judgment be denied (ECF No. 91). Because Defendant Williams is the only remaining defendant in this action, the magistrate judge also recommended that this action be terminated. The R&R was duly served on the parties. No objections have been filed, and the deadline for doing so has expired. On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation.

Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 91) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Summary Judgment (ECF No. 87) is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant Rayana William's Motion for Summary Judgment (ECF No. 80) is **GRANTED**. Accordingly, Defendant Rayana William is **DISMISSED**.

In light of the foregoing, all claims and all Defendants have been dismissed.  The Court will enter a judgment dismissing the case.


Dated: January 10, 2024                            /s/ Hala Y. Jarbou
                                                             HALA Y. JARBOU
                                                             CHIEF UNITED STATES DISTRICT JUDGE